AO 455 (Rev. 5/85) Waiver of Indictment

# *UNITED STATES DISTRICT COURT*

# *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

JOSUE MARTIN MARTINEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 1223 - BTM

I, JOSUE MARTIN MARTINEZ, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 4/17/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Defense Counsel

Before

Judicial Officer

FILED

APR 17 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY