FILED

2008 JUN 23 PM 4:21

SOUTHERN DISTRICT OF CALIFORNIA

BY KWH DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | CASE NO. 08CR01223-001 |
| v. | ) | O R D E R |
| JESUS MARTIN MARTINEZ, Defendant. | ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for July 25, 2008 is vacated and reset to August 29, 2008 at 8:30 A.M..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: June 20, 2008

Barry Ted Moskowitz
U.S. District Judge

cc: all counsel of record